UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD J. ISAIAH,

    Plaintiff,

v.                                          Case No. 3:18cv335-RV-CJK

JULIE JONES, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated June 7, 2018 (doc. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff has filed a "Motion to Reconsider" (doc. 14), which will be considered as objections to the Report and Recommendation. Having considered the Report and Recommendation and the timely filed objections, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 12) is adopted and incorporated by reference in this order.

2. This action is DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim on which relief may be granted.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of July, 2018.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**